## UNITED STATE DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| Maria Farias and Miguel Echevarria, Individually and for All Others Similarly Situated, § § § § § § § § § § § § | |
| | Case No. 4:22-cv-03116 |
| Plaintiffs, | |
| v. | |
| Lucille B. Smith's Fine Foods, LLC d/b/a Lucille's, | |
| Defendant. | |

### NOTICE OF FILING CONSENTS TO JOIN COLLECTIVE ACTION

Please take notice that the following individuals hereby consent to join this lawsuit by filing the attached written consent forms:

1. Marly Bracewell; and

2. Francisco Maya

Respectfully submitted,

By: */ s / Galvin Kennedy*
    Galvin Kennedy
    Galvin@KennedyAttorney.com
    Federal Bar No. 20791
    Texas State Bar No. 00796870
    KENNEDY LAW FIRM, LLP
    2925 Richmond Ave., Ste. 1200
    Houston, TX 77098
    Telephone: (713) 425-6445
    Facsimile (713) 888-535-9271

**ATTORNEY IN CHARGE FOR PLAINTIFFS AND PUTATIVE COLLECTIVE MEMBERS**

## CERTIFICATE OF SERVICE

      This is to certify that on September 15, 2022 a copy of this document was served on all parties of record via the Court's electronic case filing system, which will send a notice of electronic filing to all counsel of record.

                                    /s/ Galvin B. Kennedy
                                    Galvin B. Kennedy