United States District Court
Southern District of Texas
**ENTERED**
February 28, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FARIAS, ET AL., | § § § | |
| Plaintiffs, | § | |
| v. | § | CIVIL ACTION NO. H-22-3116 |
| | § | |
| LUCILLE B. SMITHS FINE FOODS, LLC, | § § § | |
| | § | |
| Defendant. | § § | |

## ORDER OF DISMISSAL

Counsel for the parties have advised the court that an amicable settlement has been reached in this action. This case is dismissed on the merits, without prejudice to the right of counsel to move for reinstatement within 30 days on presentation of adequate proof that the settlement could not be consummated. The court appreciates the prompt notification of settlement.

SIGNED on February 28, 2023, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge